# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135635

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GUARDIAN ALARM COMPANY OF
MICHIGAN d/b/a GUARDIAN SECURITY
SERVICES,
     Plaintiff/Counter-Defendant-
     Appellant,

v

RICHARD T. MAY, BERNARD SCHOCH,
DAVID J. MARCUS and MICRONETICS
DESIGN CORPORATION,
     Defendants/Counter-Plaintiffs-
     Appellees,

and

MICHAEL MARKS, JOHN SMITH, and DON
FAYBRICK,
     Defendants.

_____/

SC: 135635
COA: 269901
Oakland CC: 1996-525337-CK

On order of the Court, the application for leave to appeal the December 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

s0421

Clerk